```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD POPLAWSKI                :           CIVIL ACTION
                                 :
          v.                     :
                                 :
SERGEANT P. GREEN                :           NO. 22-4483
```

ORDER

AND NOW, this 7th day of November, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Sergeant P. Green for summary judgment (Doc. #28) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.